

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2018

No. 04-17-00846-CV

**IN THE INTEREST OF M.L.Y., ET AL CHILDREN,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02449
Honorable Richard Garcia, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file brief is GRANTED. The appellant's brief is due March 20, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court